Mr. Terrence W. Davis (AV-6163)
Name and Prisoner/Booking Number

California Correctional Institution (C.C.I.)
Place of Confinement

P.O. Box 1906.1
Mailing Address

Tehachapi, CA 93581.
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Terrence W. Davis
(Full Name of Plaintiff) Plaintiff,

vs.

(1) Kings County Board of Supvs.
(Full Name of Defendant)

(2) Kings County County Jail

(3) Kings Count Sheriff, David Robertt

(4) -son, et al.
Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

1:18-cv-1667 EPG (PC)

CASE NO. _____
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Kings County County Jail, et al.

550/555

Revised 12/1/08

1

## B. DEFENDANTS

1. Name of first Defendant: **Colleen Carlson** The first Defendant is employed as: **County Counsel Chairman** at **Office of The Kings County Counsel**
   (Position and Title) (Institution)

2. Name of second Defendant: **Juliana E. Gmur** The second Defendant is employed as: **Ass. County Counsel** at **Office of The Kings County Counsel**
   (Position and Title) (Institution)

3. Name of third Defendant: **Carrie R. Woolley** The third Defendant is employed as: **Deputy County Counsel** at **Office of The Kings County Counsel**
   (Position and Title) (Institution)

4. Name of fourth Defendant: **Diane Walker Freeman** The fourth Defendant is employed as: **Deputy County Counsel** at **Office of The Kings County Counsel**
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? **3**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **Terrence W. Davis** v. **High Desert State Prison, et al.**
      2. Court and case number: **2:11-cv-02096-GEB-CMK**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Was Wrongfully Dismissed Due To Prison Personnel Capriciously And Continuously Blocking My Mail And Property, Etc.**

   b. Second prior lawsuit:
      1. Parties: **Terrence W. Davis** v. **Cal. Corr. Institution Trust Office Officials**
      2. Court and case number: **1:18-cv-01393-SAB. (PAC)**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Pending**

   c. Third prior lawsuit:
      1. Parties: **Terrence W. Davis** v. **Cal. State Super. Ct., et al.**
      2. Court and case number: **1:18-cv-01397-JLT**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Pending. However Plaintiff Plans To Immed Dismiss Under FRCP. R. 41.**

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

5.) Name of fifth Defendant: Rise A. Donlon. The fifth Defendant is employed as: Deputy County Counsel at office of the Kings County Counsel.

6.) Name of sixth Defendant: Frank A. Ruiz. The sixth Defendant is employed as: Deputy County Counsel at office of the Kings County Counsel.

7.) Name of seventh Defendant: Amureet K. Grewal. The seventh Defendant is employed as: Deputy County Counsel at office of the Kings County Counsel.

8.) Name of eighth Defendant: David R. Robertson. The eighth Defendant is employed as: The County Sheriff at The County of Kings.

9.) Name of nineth Defendant: K. Pedreiro-m. The nineth Defendant is employed as: Kings County Jail Commander at The Kings County Jail.

10.) Name of tenth Defendant: Jane/John (Doe(s)). The tenth Defendant is employed as: #2. County Jail Commander at The Kings County Jail.

11.) Name of eleventh Defendant: A. Cortez. The eleventh Defendant is employed as: A Sergeant At Kings County Jail at The Kings County Jail.

12.) Name of twelveth Defendant: Jane/John (Doe(s)). The twelveth Defendant is/are employed as: Unknowns at The Kings County Jail.

13.) Name of thirteenth Defendant: The County of Kings. The thirteenth Defendant is employed as: It's Own Municipality. at The County of Kings.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Bill of Rights 1st, 4th, 8th, 14th Amnds, Due Process, Equal Protection Clause Rights, (ADA) Rights, Deliberate Indifference (State and Federal), Color of Law, Color of Office, The Rehabilitation Act of 1973, 29 U.S.C. § 794 (2006), et seq.

2. Count I. Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☒ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Plaintiff alleges, asserts, contends that (i) That at "All" Times (He) Has Kept (or Tried to Keep) Due Diligence; (ii) "All" Defendants are/were employed at the County Jail or Kings County, (iii) At the Office of the Kings County Counsel, and continued to act under the "18 U.S.C. § 242", "Deprevations of Rights Under 'Color of Law', 'Color of Authority'", In conjunction with the "18 U.S.C. § 241" "Conspiracy Against Rights". Plaintiff does ask the Courts to enforce the "F.R.C.P. Rule 65(a)(b)(c)(d)(A)(B)". And under F.R.E. Rule 201(b)(c)(d)(e)(f), To Take Judicial Notice, of the Above. And the following: As Defendants/Tort Feasors, did violate the established laws of the State and Federal Constitution (Bill of Rights), as first Kings County Jail Policy Makers. And Kings County Sheriff David R. Robertson, devised then implemented policys, practices, protocols, rules/regulations, customs, and standards that are/were egregious and arbitrary to the (Claimant/Plaintiff), as well as the rest of the Kings County Jail Inmate/Prisoner/Detainee Population. In Violation of State/Federal Rights of the 1st, 4th, 8th, and 14th Amnds, Plaintiffs (ADA), and 504, Rehab Act of 1973, 29 U.S.C. § 794 (2006). As their (so called) "Law Library was Not Viable, Nor Accessible, to this (Plaintiff) and many others of Kings County Jail Law Library".

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).
   Ongoing Mental, Physical, Emotional Dependencies, And Deprevations, One of Plaintiff's Civil Cases Got Wrongfully Dismissed. Said Jail Practices/Mandates Were the Arbitrary Causation, Civil Rights (Bill of Rights) Continuously Violated.

5. Administrative Remedies:
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

1  User. To which said "facility" "only" furnished a computer with: (1).
2  No Written Manual In Evidence, Nor In Print: (2). Failed/Refused
3  To Provide "No In-House Legal Assistance, Nor Trained Or Certif-
4  ied Law Library Technician, Or Law Librarian To Assist Co-
5  mputer Illiterate Detainee's, Inmates, Prisoner's Who Mig-
6  ht have Any Certified, And Or Uncertified (W.D.) Wearing
7  Disability, Like Myself... And Others. As, Responsibi-
8  lity for Operating County Jails, In California Is Placed
9  On The Sheriff(s) By Law". The Sheriff Is Required By Stat-
10 ute To Take Charge Of, And Keep County Jail Prisoner's, Inm-
11 ates, Detainee's In..., And Is Answerable for Said Individ-
12 -uals, Safekeeping And Matainence. West's Ann. Cal. Pen-
13 al Code §§ 4000...4016.; West's Ann. Cal. Gov. Code --
14 §§ 26605...26610.; Cal. Const. Article X, § 
15 § 3380. (a)(b)(c)..; Cal. Pena Code(s), § 5054, 5058...§-
16 Sec. 6/053. Gov+ Code. Cal. Gov+ Code § 5058. Ref
17 Sec. § 847, 848, 6848. "Continuing Criminal Enterprise
18 Act... 18 U.S.C.S. § 245. (a)(1)(2)(b).(A)(B)(4)...(A)(B)
19 -(b). 18 U.S.C. § 249... Inclusive 6. § 2 H 1.1 . "Offenses
20 Involving Individual Rights". Shomo Vs. City Of New York.
21 186 F. 3d 243, 248... (2d. Cir. 2009)". Of The Continuing Vio-
22 -lation Doctorine". Plaintiff asserts that the Court(s)
23 have "Jurisdiction" In These matters under 28 U.S.C. §
24 -1331, §1343...28 U.S.C. § 2201. And Rule 57. of FRCP.
25 Inconjunction with "Venue". 28 U.S.C. § 1391. (B). (2)..
26 And 28 U.S.C. § ■ 2283. 2284. And Rule 65 of the
27 FRCR..     As on and or about November 5, 2014.
28 (Note: Acting Continueously With Due Diligence.,

(5 of 1o.)

1  (Plaintiff) Had Originally, And Unknowing Filed This Matter Wi-
2  th The California Victims Compensation and Government Cl-
3  -aims Board. To Which Was Given A Claim No.: G62-
4  -749. Then Correctly With The Board Of Supervisors of
5  County Of Kings, Office of the County Counsel/Or Kings
6  County Board of Supervisors Kings County Govern-
7  -ment Center. First In On January 7, 2016. Then
8  An Amended Complaint On June 27, 2016. Filed
9  By Them July 5, 2016. There's Even A Date Showing
10 As Having Been Filed On January 13, 2016.
11
12
13
14                                                    ). (Plaintiff) had
15 Went to the facility's (Allegedly) law library, and upon being es-
16 -corted, and arriving to their reputed law library. Plaint-
17 -iff observes that the law library, is like a "7.5X 9" cell
18 type area and upon entering said room plaintiff, only see's
19 a single type box affixed to the wall, and a "Black Book" Wh-
20 -ich turns Out To Be A Vehical Code Book. And on further
21 inspection as (Plaintiff) tried to figure out even how to
22 access the this socalled "law library" computer, as
23 (Plaintiff)(1), Has Had Have An "Certifiable (W.D.) We-
24 -arning Disabilty Since Childhood, And Preschool, Middle
25 And High School. (2.) And For The Aloted Time (Plaintiff)
26 Was Given (P/L) Hs. (He) Believes, Could Not Gain
27 Any Access To Any Legal Information At All. And Wh-
28 -en (Plaintiff) Spoke To Various Deputy Personnel, etc.

(3 of 20)

1  Officials, To Go Get The "Facility's Law Librarian." (Pl-
2  aintiff) Was Told At One Point By, Sergeant Personnel-
3  John (Doe) That, They Don't Have Any "Attending Law Li-
4  brarian" Anymore, As They Got Rid Of The One They Had.
5  Nor Would They Provide One Or Anything Of That Nature.
6  And As Well That (Plaintiff) Was In His Own. (3.) And When
7  (Plaintiff) Did Ask It Said Sergeant As Well As Other Deputy
8  And Facility Personnel, Said Members Responded. Due To Ja-
9  il Policy's, Practices, Etc., To Help Any Inmate, Prisoner
10 , Detainee's With Any Legal Assistance Would Get Them
11 Fired, Or Severely Repremanded By Superior Officer's
12 Or Personnel. And (Plaintiff) Was Left With No Other
13 Options, And To Blunder Aimlessly And Pointlessly And Sit
14 In A Room For 2 1/2 Hrs., Trying To Access A Computer
15 The (Plaintiff) Had No Training On, Nor Knowledge Of.
16 Which Made (Plaintiff's) Whole Legal Visit "Redundent, Po-
17 intless. And The Months That Followed. (4.) Personnel
*18 Continueously Failed/Refused To Provide Any Legal, Or Com-
19 puter Assistance. (ii) (Plaintiff) Not Only Asserts That
20 He Was/Or Has An (L.D.) Learning Disability, But A Cer-
21 tified One, Since Childhood-Etc., Is Acutely Computer
22 Illiterate. (iii) When (Plaintiff) Filed An "Inhouse Grieva
23 nce/Compl. On Ongoing And Acute Violations Of His Ci-
24 vil Rights (Bill Of Rights) 1st., 4th., 8th., and 14th. Amnd-
25 ts.. Due Process, And Equal Protection Clause Standards
26 And Access To The Court(s), Of His State And Federally Pro-
27 tected Constitutional Rights. Nothing Was Done To Recti-
28 fy The Ongoing Problem And Further, (Plaintiff) Is Filing

(3 of 3.)

1. Charges, Claims In conjunction With These Matters, For
2. Damages Against, Kings County Jail-Mail Room Personnel
3. And Their Illicit Mail Room Policy's, Practices, Proto-Calls
4. Standards, Customs, Rules/Regulations, And Procedures.
5. As The Plaintiff Had Filed Various Legal/Confidential/Privi-
6. -leged, And Regular Mail... But However, Due To Kings
7. County Jail-Mail Rm. Waxed (Non-Existant) Policy's, Proce-
8. -dures, Practices, Etc., Sloppy, Negligence, Gross Negli-
9. -gence, Negligence Per Se, Deliberate Indifference(s),
10. Dereliction of Duty, And As Well As Acting In conjuncti-
11. -on With The "Board Of Supervisor's", And The Kings C-
12. -ounty Sheriff's Egregious And Punitive Mail Rm. County
13. Jail Policy's, Practices, Procedures, Mandates, Etc., Plaint
14. -iff's Legal/Confident/Privileged Correspondence, Were
15. Not Received By Their Respective Agency's, And Or Part-
16. -ies. As In Case In Point, Case Name: Lewrence W. D-
17. -avis vs. High Desert State Prison, et al., Case No.:
18. 2:14-cv-00404-EFB... Was Wrongfully Dismissed
19. On November 7, 2014. Due To Kings County Detective, G-
20. -rossly Negligent, Negligent, Etc. Mail Rm. Practices, P-
21. -ocedures, Proto Calls, Mandates. And now, due to these
22. Occurrences (Plaintiff) had became Very Apprehensive About
23. His Mail, And Had Made Forced Inquiry's Into The Facility's
24. Mail Room Practices, And Procedures- Etc.., And Then Had
25. To Force, Kings County Officials To Make (Plaintiff) A Per
26. -sonal, Incoming/Outgoing-Confidential/Legal Mail Logg
27. Chart/Sheet(s). Which "All" Reflects Back To The
28. Board Of Supervisor's, And County Sheriff's Maintenence,

1  , Supervison, Policy's, Practices, Protocalls, Procedu-
2  -res, Mandates Of Kings County Jail. (Plaintiff) was la-
3  -ter "Dully Informed (By One, Sgt. G. Jones), That Ki-
4  -ngs County Jail (Mail Rm.) Personnel, Had No Incoming
5  /Outgoing Confidential/Legal/Privileged Mail Correspond-
6  -ence Log Sheets, Protocalls, Policy's, Practices, Proce-
7  -dures, In Place. Nor has the County Incorporated One
8  For Prisoner's, Detainee's, Inmates.
9  And (Plaintiff) contends and believes that, (He) was not receiv-
10 -ing all his said correspondence from or about December
11 -16, 2014 – January 9, 2015.
12 Incorporating, Kings County, Kings County Jail, As
13 Municipals/Municipality's."
14 As (They) did arbitrarily violate (Plaintiff's), State And Fed-
15 -eral (Bill Of Rights) Const., 1st, 4th, 8th, and 14th
16 Amndt(s). Due Process, And Equal Protection Clause, Sta-
17 -ndards. As Well Was Deliberately Indifferent, Neglig-
18 -ent, Grossly Negligent, Negligent Per Se, Breach Of Du-
19 -ty, Failer To Protect, And Failer Of Foreseeable And Reaso-
20 -nable Causation. To avoid repetitive charges, allegatio-
21 -ns, and const. violations (Plaintiff) incorporates by
22 reference(s), Pg(s). :, 3., 3.1., 3.2., 3.3., 3.4., Line :,(1-
23 28.), Pg. 15., Line(s): (1.-11.), as (Plaintiff) alleges,
24 and realleges, Incorporated State, Federal Civil Rights Vio-
25 -lations. And that Kings County Jail, Kings County
26 As An "Municipality", did egregiously and arbitrarily
27 and wantonly violate (Plaintiff's), Title II, ADA. Righ-
28 -ts, 42 U.S.C. § 12131.-34. (2000), ADA. Amndt(s).

(3.5.)

Act(s) of 2008, Pub. L. No. 110-325, §2.(a)(b)(3)(7), 122. Stat. §3554 (2008), of Title II of the ADA, Incorporating "§504 of the Rehabilitation Act", 29 U.S.C. §793, §794 (a)(b), §794 (b)(1),(A)-(B) (2006)(F. Supp. 2007). And contend and assert that (1) Plaintiff was, is, and continues to be an individual with a disability. (2) Plaintiff is, was, and continues to be otherwise qualified for the program(s), activity(s), or services from which (Plaintiff) is, was, were excluded. (3) Plaintiff was/were denied, and discriminated against solely because of his diagnosed disability, and (4) Plaintiff asserts "Upon Information And Belief (Allege) That The Programs, Activity's, Jobs, Employment, Vocational Means, That Kings County Receives State And Federal Funding.

Plaintiff also asserts that during his process, stay at Kings County Jail (Plaintiff) Was An Individual, In The Capacity As An County Jail Detainee Pending And Going Through Trial, Court Proceedings, And Was Not Convicted Of Any Charge(s) At The Time.

Incorporating: The County Of Kings Board Of Supervisor's, The Office of The Kings County Counsel Member's: Colleen Carlson, Juliana F. Gmur, Carrie R. Wooley, Diane Walker Freeman, Rise A. Donlon, Frank A. Ruiz, Annureet K. Grewal, David S. Robertson, for the herewithin Incorporated State, Federal (Bill Of Rights), As Well As The Other Incorporated Charges, Civil Rights Violations By Reference(s) As Fact(s) Pg(s)./----

(30.16.)

1  - (3.), (3.,1.,2.,3.,4.,5.,6.,7.), Witness: (1.-28.), And
2  (1.-15.)..
3  Incorporating: Kings Co. Daily Deputy Officials, Jail
4  Commander's, R. Pedreira, Jane (John) Doe(s); Jail Serg-
5  -eant(s), A. Cortez, Unidentified Jane and John Doe(s);
6  Other Unidentified Acting Agent's, Jane and John Doe(s)
7  For The Herewithin Stipulated Crim. Charges, Civil R-
8  -ight(s) (Bill Of Rights), ETC. Constitional Violations
9  To Which They Adevertintly, Inadvertintly Continue
10 (Upon Information And Belief), Continue To Arbitra-
11 -rily, And Egregiously Perpetrated Against (Plaintiff) And
12 Other Prisoner's, Detainee's, Inmates, And Are Still
13 Doing So. Incorporated By Reference(s) As Fact(s)
14 (4.), (3.), (3.,1.,2.,3.,4.,5.,6.,7.,8.), For Stipulated
15 Grounds, Charges, Const. Violations.

(3.,17.)

COUNT II

1. State the constitutional or other federal civil right that was violated: Bill of Rights: 1st, 4th, 8th, 14th, Amndt(s), Due Process, Equal Protection Clause, Standard Violations, Deliberate Indifference, The Continuing Violation Doctorine, Negligence, Gross Negligence, Negligence Per Se, et seq..

2. Count II. Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: ADA, And 504 Violations, Municipality Violations.

3. Supporting Facts. State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. Incorporated and by reference(s) see Pg(s). (3.), (3.1.), (3.2.), (3.3.), (3.4.), Wines: (1.-28.), And Pg(s). Specifically, (3.5.), (3.6.) For Incorporated: ADA, Title II, And 504 Rehabilitation, And Municipality Violations.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s). Ongoing Mental, Physical, Emotional Despondencies, And Deprevations, One Of Plaintiff's Civil Cases Got Wrongfully Dismissed. Said Jail Practices, Mandates Were Arbitrarily The Causation, Civil Rights (Bill of Rights) Continueously Violated.

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

(3.8)

1. Suffered And Still Suffering
(Under The Unruh Civil Rights Act.)(C.C.P.-§51.-§52.3.(a)-(b).)(Insur. Code-§1861.03.); P.C.-§47., §2650.)
2.) To Receive Relief Granting (Plaintiff's)(i) State And Federal Claims, To Receive Bifurcated And Intracated Hearings... If Feasible. To Receive Relief In "Compensatory Damages". In The Amount Of : $129,000.00 For Each Defendant(s) Named Or Revealed, For The Said Incorporated Charges, State/Federal (Bill Of Rights) 1st., 4th., 8th., and 14th. Amendment(s)... Due Process/Equal Protection Clause Standards, 42 U.S.C. §1997(e)(e). Emotional Injuries/Damages.

3.) To Receive Relief Granting (Plaintiff)(i) State And Federal Claims, To Receive Bifurcated And Intracated Hearings... If Feasible. To Receive Relief In "Punitive Damages". In The Amount Of : $269,000.00 For Each Defendant(s) Named Or Revealed, And Commensurated With Each Egregious Violation(s) Of Action(s) Of (Plaintiff's) State/Federal (Bill Of Rights) 1st., 4th., 8th., and 14th. Amendment(s)... Due Process/Equal Protection Clause Standards, 42 U.S.C. §1997(e)(e). Emotional Injuries/Damages.

4.) Statutory Damages e.g.. Special Damages In The Amount That's Keeping In conjunction With (Plaintiff's) Suit.
5.) Multiple Damages.
6.) General Negligence Damages. Intentional Tort Damages, Exemplorary Damages, Damages Are Incorpor-

-ated And "Granted" Against "All" Defendant(s). To Be Settled At Trial, Or When Feasible. In The Amount, To Be Determined Then As Well. As (Defendant's) "Jointly", And "Seperately" Arbitrarily Ignored Their Ongoing Acts And Violations, Continueous Refusals/Failures To Correct Their Ongoing Capricious, Arbitrary, As Well As Egregious Jail Policy's, Proto Cals, Rules, Regulations, Customs, Standards, Procedures, Nor Practices Or Mandates. To, And Or Of Violations Of (Plaintiff) And Other's Const. (Bill Of Rights) Of Detainee's, Prisoner's, Inmates In Their Custody.

7.) "Special Damages. In The Amount of: $297,000.00. For The Denial, And Blatant Disregard Of (Plaintiff's) And Other Individuals of Kings County Jail. Disability's. Established Or Not, Of Established "ADA", And 504. Right's.

8.) To Receive Attorney Fee's In The Amount of: $17,969.99., And To Be Further Enhanced. If Hearing Proceedings Extend Beyond The Quoted Attorney Fee's Dollar Amount. 18 U.S.C. §3006A., And The Cost Of 1983. Suit And Court Fee's.

I, (Terrence L. Davis) Dully Swears And Declares Under The Penalty of Perjury That All The Herewithin Statements Are True And Correct. 68 U.S.C. §1746. (C.C.P. - §446., §§2015.5.)

Dated: Oct. 19, 2018.   /S/ Terrence L. Davis
Dated: 10/19/18.
                        Plaintiff
///                     In Pro Se

(3.10.)

E. REQUEST FOR RELIEF

State the relief you are seeking:

Wherefore, the (Plaintiff) request's that the (Court(s)) "Grant" the following relief: (I.) Declaratory Judgement against (Defendants) And that (Their) (Acts) And (Omissions), In And Against (Plaintiff) (Who Was (Or In) Their Custody Violated (Their) Duty And Obligations, While Acting Under (i) The Color of (State) Law (ii) The Color of Authority (iii) The Color of Office (iv) The Color of Process, Under The Bill of Rights 1st, 4th, 8th, and 14th Amndt(s)., Due Process, And Equal Protection Clause Standards, The Ongoing And Continueous Mental, Physical, Emotional Deprevations, Despondencies.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __Oct. 19, 2018__
           DATE

_Therrence L. Davis_
SIGNATURE OF PLAINTIFF

_Therrence L. Davis_
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

(3.18.)