Plaintiff's Name: Mr. Terrence L. Davis
Inmate No. AV-6163
Address: R.J. Donovan Corr. Fac.
480 Alta Rd., San Diego, CA
92179

FILED
FEB 14 2020
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

1:18-cv-01667-DAD-EPG
(Case Number)

(Name of Plaintiff)
Terrence L. Davis
VS.
Kings County Board Of
Supervisors, et al.,
Defendants.

AMENDED CIVIL RIGHTS COMPLAINT UNDER:

☑ 42 U.S.C. 1983 (State Prisoner)

☐ Bivens Action [403 U.S. 388 (1971)] (Federal Prisoner)

First Amended Complaint

(Names of all Defendants)

**I. Previous Lawsuits (list all other previous or pending lawsuits on additional page):**

A. Have you brought any other lawsuits while a prisoner? Yes ✓ No ___

B. If your answer to A is yes, how many? 3.

Describe previous or pending lawsuits in the space below. (If more than one, attach additional page to continue outlining all lawsuits in same format.)

1. Parties to this previous lawsuit:

Plaintiff: Terrence L. Davis
Defendants: Calif. Corr. Institution, Trust Off. Officials, Litigations Office Officials, W.J. Sullivan, Warden, et al.

2. Court (if Federal Court, give name of District; if State Court, give name of County)
United States Dist. Court Eastern Dist of Calif.

3. Docket Number 1:18-cv-01393-SAB 4. Assigned Judge Stanley A Boone

5. Disposition (Was the case dismissed? Appealed? Is it still pending?)
I dismissed this case due to judicial biasness, to which I had to file a "Complaint" on said Judge(s). With Pending Litigation to be pursued.

(1.)

Continued: Previous Lawsuits
2.), End.

Second Lawsuit:
1.), Parties to this previous lawsuit
Plaintiff: Terrence W. Davis
Defendants: J. Grose, et al.
2.), Court (if Federal Court, give name of Dist.; if State Court, give name of County)
United States Dist. Court Eastern Dist. of Calif.
Docket No.: 1:18-cv-01668-SAB.
4.), Assigned judge: Stanley A. Boone.
5.), Disposition: (Was the case dismissed? Appealed? Is it still pending?)
I dismissed this case due to judicial biasness, to which I had to file a Complaint On Said Judge(s), With Pending Litigation To Be Pursued.

Third Lawsuit:
1.), Parties to previous lawsuit
Plaintiff: Terrence W. Davis
Defendants: R. Gomez, et al.
2.), Court (if Federal Court, give name of Dist.; if State Court, give name County)
County of Monterey (Monterey Superior Court)
3.), Docket No.: 19CV000352.
4.), Assigned judge: Marla O. Anderson.
5.), Disposition: (Was the case dismissed? Appealed? Is it still pending?)
Case matter is pending.

— (2.)

6. Filing Date (approx.) 10/10/18      7. Disposition Date (approx.) _____

## II. Exhaustion of Administrative Remedies (1a)

**NOTICE:** Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). Prior to filing suit, inmates are <u>required</u> to exhaust the available administrative remedy process, *Jones v. Bock*, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); *McKinney v. Carey*, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, *Porter v. Nussle*, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002). If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. *Jones*, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

A. Is there an inmate appeal or administrative remedy process available at your institution?

Yes ✓   No ____

B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes ✓   No ____

C. Is the process completed?

Yes ✓   If your answer is yes, briefly explain what happened at each level.

1. Exhaustion of "All" Prison/Jail Administrative Remedies 42 U.S.C. § 19-
2. 97e(a). P.L.R.A. - WoWo(1), Petitioner, "Made All Efforts To E-
3. xhaust All Prison State Remedies, Has Exhausted "All" Prison S-
4. tate Remedies" Of Administrative Avenues/602a Appeals Proce-
5. ss, For Available Remedies, Which Was Full Exhaustion

No N/A   If your answer is no, explain why not.

N/A

## III. Defendants (1a),

List each defendant's full name, official position, and place of employment and address in the spaces below. If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

A. Name _R. [redacted]_ is employed as: _[redacted]_

Current Address/Place of Employment _____

(2.) (3.)

Continued From Part II., Exhaustion of Admin. Remedies.
2.), End.

As Defendant(s) Failed/Refused To Correct Their Continueous, And Going Deprevations Of State And Federal Constitution(al) Violations Of Plaintiff's Civil And State Rights. As Plaintiff (was) [Am] Unconvicted Detainee], During Criminal Trial Procedings At, Kings County Jail, And For Further Import... Read Complaint. Thus Plaintiff Had "NO" Effective Plain, Nor Speedy Or Adequate Remedies At Waws, To Viably Seek Redress, Of Stipulated State, Federal Constitutional Violations, Though (He) Exhausted "All" Of His Said Administrative Remedies.

2.), Defendants, Acting Agents Known, Unknown Has Caused Ongoing And Continueous Deprevations, And Despondencies To Plaintiff(s) Thus Irreparable Harm, Damages, In Injuries.



(2.),

B. Name Juliana F. Gmur is employed as Asso. Co. Counsel Member.

Current Address/Place of Employment Office Of County Council Kings Co. 1400 W. Lacey Blvd., Hanford, CA 93230.

C. Name Carrie R. Wooley is employed as Dep. Co. Counsel.

Current Address/Place of Employment Office Of The County Counsel Kings Co. 1400 W. Lacey Blvd., Hanford, CA 93230.

D. Name Diane Walker Freeman is employed as Dep. Co. Counsel.

Current Address/Place of Employment Office Of The County Counsel Kings Co. 1400 W. Lacey Blvd., Hanford, CA 93230.

E. Name Rise A. Donlon is employed as Dep. Co. Counsel.

Current Address/Place of Employment Office Of The County Counsel Kings Co. 1400 W. Lacey Blvd., Hanford, CA 93230.

**IV. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

(1.),

Claim 1: The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.): Violation(s) of The Bill Of Rights, 1st., 4th., 8th., 14th. Amndts., Due Process And Equal Protection Stand Violations, (ADA.), 504. Rehab. Violations, Deliberate Indifference, Color Of Law, Color Of Office, Et seq., Access To The Courts.

Supporting Facts (Include all facts you consider important to Claim 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 1.): (1.),

Plaintiff, asserts, contends that (i.) That At "All" Times (He) Has/Had Kept Due Diligence (ii.) "All" Defendendants/Acting Agents Are Sued In Their (1.) Individual Capacity (2.) Official Capacity (3.) Personsonal Capacity, And Were Employed At The County Jail of Kings County, At The Office of The Kings County Counsel Board Of Supervisors, And At The Kings County Sheriff's Office. And did continue to act and perpetrate and deprive Plaintiff under 18 U.S.C.

5.)

Continued From Part III., Defendants (3a), End.

1. F. Name Frank A. Ruiz, is employed as Dep. Co. Counsel
2. Current Address/Place of Employment: Office Of The County Co-
3. unty Counsel Kings Co. 1400 W. Lacey Blvd., Hanford, CA 93230.
4. G. Name Annureet K. Grewal, is employed as Dep. Co. Coun-
5. -sel. Current Address/Place of Employment: Office Of The
6. County Counsel Kings Co. 1400 W. Lacey Blvd., Hanford, CA 93230.
7. H. Name David R. Robert(son), is employed as The Sher-
8. -iff of Kings County. Current Address/Place of Empl-
9. -oyment: Kings County Sheriffs Office, 1444 W. Lacey
10. Blvd., Hanford, CA 93232-986.
11. I. Name K. Pedrei-ra, is employed as Kings Co. Jail
12. Commander. Current Address/Place of Employment:
13. Office Of The Co. Counsel Kings Co. 1400 W. Lacey Blvd., Hanford, CA 93230.
14. J. Name Jane/John Doe(s), is employed as #2,
15. Kings Co. Jail Commander. Current Address/Place of
16. Employment: Kings Co. Jail P.O. Box 1699, Hanford, CA
17. 93230.
18. K. Name A. Cortez, is employed as Sergeant At Kings
19. Co. Jail. Current Address/Place of Employment:
20. Kings Co. Jail P.O. Box 1699, Hanford, CA 93230.
21. L. Name John/Jane Doe(s), is employed as Kings Co.
22. Jail Personnel. Current Address/Place of Employm-
23. -ent: Kings Co. Jail P.O. Box 1699, Hanford, CA 93230.
24. M. Name The County Of Kings, is employed as It's Own Muni-
25. -cipality. Current Address/Place of Employment: ?
26.
27.
28.

(6a)

(2)

§242., Deprevation Of Rights, 18 U.S.C. §241., Conspiracy Against Rights, While Acting Under "The Color Of State Law", "The Color Of Authority". Plaintiff, Does Ask The Court(s) To Enforce The, "FRC-P., Rule 65. (a)(1.)(2.),, (b)(1.), (A.)(B.)(3.), And Under FRE., Rule §201. (b)(1.)(2.), (C)(1.)(2.), (d)(e)(f)., And To Take Judicial Notice That (i) Plaintiff Does Stipulate, And Does "Specifically Plead(s), And Does Charge. All" Defendants/Acting Agents Did Deliberate Violate Plaintiff(s) Title II. of The (ADA.), And Sec. 5-04. of The Rehabilitation Act., And Is Specifically Plead Herin Plaintiff's Complaint", And Further Judicial Notice To The Following. As Defendants/acting agents/Tort Feasors did violate the established laws the State And Federal Constitution

**Claim 2:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

See Claim (1.).

Supporting Facts (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 2.):

See Claim (1.).

(3), and the (Bill Of Rights), as specifically alleged and pleaded that Kings County Policy Makers, Kings County Counsel, Board Of Supervisor's, and Kings County Sheriff, David S. Robert(son) did devise, impleament and enforced Policy's, Practices, Standards, Rules Regulations that are/were arbitrary, egregious, that are/were so deficient that said policy's, jail mandates were a repudation of [Detainees] const. rights, as well as to the rest of jail population. In conjunction with violations [Detainees], Title II of the (ADA.), and 504, of the Rehabilitation Act, his 1st,

## V. Relief (1.),

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

Werefore, the (Plaintiff/Detainee) pray(ers) for relief, and request's of the Court(s) to "Grant" the following relief: (1.) Declaratory Judgement Against Defendant's, And Their Acting Agents, Of Their Ommissions, On And Or Against (Plaintiff, Who Was In Their Imm. And Direct Care Or Custody, Who Did Violate Their Duty And Obligation(s), While Acting Under (i) The Color Of [State] Law, (ii) The Color Of Authority (iii) The Color Of Office,

I declare under penalty of perjury that the foregoing is true and correct.

Date: Feb. 7, 2020   Signature of Plaintiff: _____

(Revised 4/4/14)

8.)

4th., 8th., and 14th. Amndts.. As Kings Co. Jail (So Called) law library, was not viable (legal) nor accessable to this [Detainee], and many others of Kings Co. Jail law library users. To which said facility only (1.) furnished a computer with.. (1.) With No Written Manual Insight, On How To Operate The Computer, Nor In Print Anywhere. (2.) Failed/Refused To Provide No Inhouse Legal Assistance, Nor Waived Or Certified Law Librarian Technician To Assist [Detainee], Who's Computer Illiterate. And Other Prisoners, Inmates, Or Detainees Who Might Have A Certified/Or Uncertified (W.D.) Learning Disability Like Myself... And Others.

Responsibility, for these Unaround Proto Calls, Policy's, Practices, Procedures, and Rules/Regulations are, The Kings County Counsel Board Of Supervisors. As Well Sheriff David S. Robert(son), Who's Responsibility For Operating County Jail(s) In The State Of California. As It Is Placed On The "Sheriff" By Law. The Sheriff Is Required By Statute To Take Charge Of, And Keep County Jail Prisoners, Inmates, Detainees Safe. And Is Answerable For Said Individual Safe Keeping, And Maintainence. West's Ann. Cal. Pen. Code §§4000., 4006.; West's Ann. Cal. Gov. Code §§26605., 26610... In conjunction With C-al. Const. Article X., §1., §§380.(a)(b)(c)., Cal Penal Code(s) §5154., 5058.. Ref. Sec. §6253.. Gov't ~~Cal~~ Code, Cal. Gov. Code §5158., Ref. sec. §147., 148.6.. §848., Continuing Criminal Enterprise Act, 18 U.S.C. §245., (a)(b)(2)(b)(1)., (A)(B)(4)., (A)(B) (b), 18 U.S.C. §249., Inclusive To, §2H1.1., (Offenses--

—Involving Individual Rights, "Thomas vs. City Of New York", 186 F.3d 243, 248. (2nd. Cir. 2009), Of The Continuing Violation Doctorine.

Plaintiff asserts that the Court(s) have "Jurisdiction in these matters und. 28 U.S.C. §1391.(B.)(2.)" Venue, 28 U.S.C. §1331, 1343." Jurisdiction; 28 U.S.C. 2201, And Rule 57. of FRCP.

Inconjunction W./28 U.S.C. §2283, 2284, And Rule 65. of FRCP. (Note: Plaintiff/Detainee Contines To Act With Due Diligence.).

As on or about November 5, 2014, (Plaintiff/Detainee), had originally, and unknowingly filed this matter with the, California Victims Compensation and Government Claims Board. Which Was Given A Claim No.: G-62749. Then correctly filed with, The Board Of Supervisors of Kings County Government Center. First on January 7, 2016, Then On June 27, 2016, Amended. To Which they filed My Compl. Was On July 5, 2016.

Plaintiff/Detainee, had went to the facility's established (Law Library), and upon being escorted to their porported law library, plaintiff observes that there law library is the an 7.5X10 cell type are and and upon entering said room, plaintiff/detainee only sees a single black box afixed to the wall and a black book which turns out to be, A Vehical Code Book. And on further inspection, as plaintiff/detainee tried to figure out, of even how to operate, access computer mounted law library as plaintiff/detainee:(1.), Has

Continued From Part. IV. Cause Of Action.
(B)(6).

1  - Had/Have Any Certified/Certifiable (L.D.) Learning Disabil-
2  -ity Since Childhood. And Pres-school, Middle Sch-
3  -ool, And High School. (2). And For The Aloted Time (Pl-
4  -aintiff/Detainee), Was Given (2½) Hrs. He Believes
5  . Could Not Gain Any Access To Any Legal Information
6  At Any Given Time. And When (Plaintiff/Detainee) Spoke
7  To Various Deputy Personnel/Officers/Official's, To Go
8  Get The Facility's Now Librarian. (Plaintiff/Detainee)
9  Was Told - At One Point By Sergeant Personnel (One And/Or
10 (John Doe)) That, They Don't Have One, Or Anyone Of
11 That Nature, To Legal Attend Or Give You Aid, In too Nor
12 Assistance. And That Your Pretty Much On Your Own.
13 - (3). And When (Plaintiff/Detainee), Did Ask Of Same Said
14 Sergeant, As Well As Other, Dep. And Facility Members.
15 Said Officials Responded. "Due To Jail Policy's, Proto-C
16 -als, Rules/Regulations, Procedures, Et-seq., To He-
17 -lp Any, Inmate/Prisoner, Or Detainee With Any Leg-
18 -al Assistance Would Get Them In Trouble, Repremand
19 By Their Superior Officer's. And (Plaintiff/Detainee) Was
20 Left With "No Other Options; But Too Blunder On Aimless-
21 -ly And Sat In Said Room For (2½) Hrs., Trying To Access
22 A Computer, The (Plaintiff/Detainee) Had No Training On
23 . Nor Any Knowledge Of Or How To Use, Which Made My
24 Whole Legal Visit Redundent. That Played Out In The Mo-
25 -nths That Followed. (4). Kings Coo. Jail Personnel Cont-
26 -inueously Failed/Refused To Provide Any Legal, Or Com-
27 -puter Assistance. (ii) Plaintiff/Detainee, Not Only Asser-
28 -ts That He Was, Or Has An, (L.D.) Learning Disability, Is

11.)

Continued From Part, IV., Cause Of Action.
(A)(7).

1. Computer Illiterate. (ii) When (Plaintiff/Detainee) Filed A 7 In-
2. -House Grievance/Complaining, Ongoing And Acute Violations
3. Of His Civil Rights, Inconjunction With (The Bill Of Rights)
4. , 1st., 4th., 8th., and 14th. Amndts., Due Process And
5. The Equal Protection Clause Standards, And Access To
6. The Court(s), Of His State And Federally Protected
7. Constitutional Rights. Nothing Was Done To Rectify
8. The Ongoing Problem. Further, Plaintiff/Detainee Is
9. Filing Charges, Claims Inconjunction With These Matters,
10. For Damages Against Kings County Jail - Mail Room
11. Personnel, And Their Illicit Mail Room Policy's, Practices,
12. Proto Calls, Standards, Customs, Rules/Regulations, And P-
13. -rocedures. As (Plaintiff) Had Filed Various, Illegal/Confi-
14. -dential/Privileged, And Regular Mail., But However,
15. Due To Kings County Jail - Mail Rm. Waxed (Non-Exist-
16. -ant) Policy's, Practices, Sloppy Negligence, Gross Neg-
17. -ligence, Negligence Per Se, Deliberate Indifferences
18. , Derreliction Of Duty, Acts And Violation Inconjunction
19. With The Board Of Supervisors, And Kings County She-
20. -riff's Egregious And Punitive Mail Rm. Coo Jail Policy's,
21. Practices, Procedures, Mandates, Et seq., (Plaintiff),
22. Privileged/Legal/Confidential Correspondence Were
23. Not Received By There Respective Agency's, And Parties
24. As In Case In Point, Case Name: Terrence W. Davis--
25. -- V.S. High Desert State Prison, et al., Case No.
26. : 2:14-cv-00404-EFB., Was Wrongfully Dismissed
27. On November 7, 2014, Due To Kings County Jail - Et seq.,
28. Illicit, Defective, Grossly Negligent, Et seq., Mail Rm.

12.)

Continued From Part. IV. Cause Of Action.
(8.)

Practices, Procedures, Proto Calls, Policy's, Mandates, Which Did Violate (Plaintiff's, Detainee's) 1st., 8th., and 14th. Amndt(s). Const. Civil Rights. And due to these ongoing acts (Plaintiff/Detainee) Had Become Very Apprehensive About His Mail, As genay's, people, etc. were claiming they had failed to receive my mail. heretofore, I was force to make inquirey's, Into the Facility's Mail Rm. procedures, Policy's, Practices, Mandates, As I then Had to force, Kings Co. Jail Officials To Make (Plaintiff/Detainee) A Personal Incoming/Outgoing-Confidential Legal Mail Log Sheet(s). Which all demonstrates, And Reflects Back To The Board Of Supervisors, And The Sheriff's Policy's, Mandates, Maintenece, Supervison Of Kings Co. Jail. Plaintiff/Detainee, was later duly informed by (One Sgt. G. Jones), That Kings Co. Jail (Mail Rm.) Had No Incoming/Outgoing Legal Policy's, Procedures, Mandes Established, Nor In Place To Aviod Ongoing Violations With The Lost, Destroyed, Or Misplacement Of (Plaintiff(s) Detainee's) Mail/Legal Mail (Prisoner's Ltd seg.), Nor Has The County Supervisor's, Sheriff, Co. Jail Incorporated One Prisoner's/Inmates/Detainee's.
And (Plaintiff/Detainee), contends, asserts, and believes that (He) was not receiving all of his mail, from or about, Dec. 16, 2014, Jan. 9, 2015.
Incorporating, Kings County, King Co. Jail, As "Municipals/Municipality's. As they did violate arbitrarily (Plaintiff(s) Detainees). State, Federal (Bill Of Rights). &, (His) 1st., 8th., and 14th. Amndts. Const. Civil Rights, As Due Process And Equal Protection Standards, Were Deliber-

13.)

Continued From Part. IV., Cause Of Action.
(8.)(9.),

1. -ately Indifferent, Inflicting Cruel And Unusual Punishments, With
2. The Unnecessary And Wanton Infliction Of Pain, Damages In Inj-
3. -uries. As (Plaintiff/Detainee) did Suffer, and continued to
4. Suffer, Mental, Physical, And Emotional Despondencies,
5. And Deprevations. As (He) was a (CCCMS/EOP) =
6. ( ), Ment-
7. -al Health Patient/Detainee (At The Time), on Psychotropic
8. Medications. And Due To These Herewithin Stipulated Violati-
9. -ons. Did Suffer Ongoing Headaches, Stomach Pain, Jo-
10. -int Pain, N , And Exacerbated Depression, And
11. Mental Health Despondencies. Therefore, said Officials
12. Were Negligent, Grossly Negligent, Negligent Per Se, Brea-
13. -ch Of Duty, And Foreseeable And Reasonable Failer, Or
14. Causation.
15. To avoid repetative charges of violations, allegations of
16. const. violations (Plaintiff/Detainee) incorporates by refe-
17. -rence(s): pgs. 3. Lines. 1-
18. -28., pg(s). Further, (Plaintiff/-
19. -Detainee) alleges, and realege that, Kings Co. Jail, King
20. County, Kings Co. Board Of Supervisors, Kings Co. She-
21. -riff Under "As An" "Municipality". Did Arbitrarily, And W-
22. -antonly Violate (His) Title I., II., ADA Rights. 42 U.S.
23. C. §12131.-34, (2006-8), of 2008. Pub. L. No. 110.-
24. 325., §2.(a)(3.)(7.)., 122. Stat. 3354 (2008)., of
25. the ADA.. Incorporating: 504., of the Rehabilitation Act.
26. , 29 U.S.C. §793., §794.(a)(b)., §794.(b)(1).(A)(B).(2-
27. -006)., F. Supp., 2007). And "Specifically Contends,
28. Asserts That: (1.) Plaintiff/Detainee, is/was/and continue

Continued From Part. IV. Cause Of Action.
(9.)(10.)

- to be an An Individual With An Disability; (2.) Plaintiff/Detainee Is/Was/Continues To Be, "Otherwise Qualified" For The Program(s), Activity(s), Or Services From Which Plaintiff/Detainee, Was Excluded; (3.) Plaintiff/Detainee Was/Were Denied, And Discriminated Against Solely And Generally Because Of his Disability Which Has Been Diagnosed For Years; and (4.) Plaintiff/Detainee Asserts, Upon Information And Belief (Allege) That The Program(s), Activity(s), Job(s), And Employment, And Vocational Means, Kings County Receives State, And Federal Funding At The Time.

Plaintiff/Detainee also asserts the his process, and stay at Kings Co. Jail, He, Was An Individual, In The Capacity As An County Jail Detainee, Pending And Going Through Trial Proceedings, And Was Not Convicted Of Any Crim. Charges At The Time.

Incorporating: The Kings Co. Sheriff, David S. Robertson, The Kings Co. Board Of Supervisor's Co. Counsel Member's: Colleen Carlson, Juliana F. Gmur, Carne R. Woley, Diane Walker Freeman, Rise A. Donlon, Frank A. Ruiz, Annamieet K. Grewal, for the herein incorporated State, And Federal Violations, As Well As Other Incorporated Crim. And Civ. Rights Violations.

As their Unconstitutional-Stipulated Policys, Procedures, Mandates Impeded, Denied, Stonewalled Plaintiff/Detainee, From Thoroughly, Adequately, And Meaningfully Writing On His Crim. And Civ. Case, As He Had No Access To Law Library, Legal Info., To which this did cause (Plaintiff/Detainee), Mental, Physical, Emotional Dispondencies

15.

And Deprevations To His Herein Stipulated Constitutional Rights, Anguish And Acute Duress, As (He) Suffered, And Had Continued To Suffer. Headaches, Joint Pain, Stomach Pain, Et seq.. Incorporating: Kings Co. Jail, Jail Commander, K. Pedraig, Jane And John Doe(s), Jail Sergeants, A. Cortez, Unidentified Jane And John Doe(s), Sgt. G. Jones, And Unidentified Acting Agents For Their Adver-taint, Inadvertant Act Of State, And Federal Constitutional Crime, And Civil Rights Violations Of (Plaintiff Detainee), While Being Detained At Kings Co. Jail, As They Inforced Unconstitutional Jail Policy's, Procedures, Protocols, Mandates, That Did Impede, Deny, Negate, Stonewall (Plaintiff Detainee) From Having Thorough, Ad-aquate, And Meaning Access To The Facility's Law Libr-ay Legal Information During His Criminal Trial, And Tr-ying To Litigate On Civil Court Cases To Seek Redress Within The Courts. To Which These Acts, Did Cause, Ment-al, Physical, And Emotional Dispondencies, And Deprevations Of Stipulated Herein Constitutional Civil Rights. Plaintiff Deta-inee Suffered, And Continued To Suffer. Headaches, Joint Pain, Stomachaces, Exacerbated Depression, And Hostility Bo-uts, Et seq..

. (iv) "The Color Of Process" Under (The Bill Of Rights), And The 1st., 4th., 8th., and 14th. Amndt(s)., Due Process, And Equal Protection Clause Standards, Of The Ongoing, And Continuous Mental, Physical, Emotional Despondencies, And Deprevations Suffered, And Continued To Suffer.
(Under the Unruh Civil Rights Act.), (C.C.P.-§51-52.3.6)-(b)., Insur. Code - §1861.03., (P.C. §17., §2650.)

2.) To Receive Relief Granting (Plaintiff's) (i) State, Federal Claims, To Bifurcated, Intricated Hearings On First Amendment et. seq. Violations If Feasible, To Receive Relief In Compensatory Damages, In The Amount Of $129,896.00, For Each (Defendant) Named Or Revealed For Said Incorporated Violations State/Federal, (Bill Of Rights), 1st., 4th., 8th., and 14th. Amndt(s)., Due Process And Equal Protection Standards, and 42 U.S.C. §1997(e)(e)., Mental, Physical, Emotional Injuries/Damages.

3.) To Receive Relief Granting (Plaintiff) (i) State/Federal Claims To Receive Bifurcated, Intricated Hearings, If Feasible, To Receive Relief In Punitive Damages, In The Amount Of $269,989.00, For Each (Defendant) Named Or Revealed, And Commensurated With Each Evaregious Acts And Violations Of (Plaintiff's) State, Federal Const. Rights, Inconjunction W/ (The Bill Of Rights), 1st., 4th., 8th., and 14th. Amndt(s)., Due Process, Equal Protection Standards, 42 U.S.C. §1997(e)(e)., Emotional, Physical, Mental Injuries/Damages.

4.) State/Federal Statutory Damages, e.g., Special Damages, In The Amount Keeping Inconjunction With (Plaintiff's) Suit And Claims.

5.) Multiple Damages.

Continued From Part, V., Relief.

(30.), End.

6.) General Negligence Damages, Intentional Damages (Tort), Exemplary Damages, Damages Are Incorporated Against All Defendants, To Be Settled At Trial, Or When Feasible In The Amount, Which Is To Determined Then As Well. As Defendant(s), Jointly And Seperately, Arbitrarily Ignored Their Ongoing And Continuous Acts Of Violations, Continuous Refusals/Failers To Correct Their Of Arbitrary Jail Policy's, Practices, Proto Cals, Procedures, Mandates, Which Did Violate Plaintiff(s) Detainee's) Const., Civ., And State Rights While In Their Care And Custody.

7.) Special Damages In The Amount Of: $297,999.00., For Each Denial, And Blatant Disregard Of Plaintiff(s) Detainee's), Disability's, Established, Or Not, Of Established "ADA., And 504. Rights.

8.) To Receive Attorney Fee's In The Amount Of: $97,997.00., And To Be Further Enhanced, If The Proceedings Are Extended Beyond Any 7-Amount Of Time. The Quoted Attorney Fee's Dollar Amount Will Be Enhanced: 18 U.S.C. §3006-A., And The Cost Of §1983., Law Suit, Court Fee's (;.) All And Any Restitutions.

Terrence W. Davis Dully Swears And Declares Under Penalty Of Perjury That All The Herein Statements Are True And Correct. (28 U.S.C. §1746., C.C.P.-§446., §§ 2015.5.)

Dated: Feb. 7, 2020.  /S/ Terrence L. Davis
Dated: 2/7/2020.          Terrence W. Davis
                          Plaintiff In Pr Per/Se

# PROOF OF SERVICE BY MAIL

I, __Terrence L. Davis__, declare that I am over 18 years of age, and a party to the attached herein cause of action, that I reside at California State Prison at Corcoran, in the County of King, California.

My mailing address is: __Cal. State Prison-Corcoran, P.O. Box 3456, Corcoran, CA 93212.__

On __Feb. 10__, 20__20__, I delivered to prison officials for mailing, at the above address, the attached: __(3), 42 USC §1983, (Plaintiff) 1st. Amend. Complaint, (18), Pg(s), (1), Original, (2), Copies__

in sealed envelope(s), with postage fully prepaid, and addressed to the following:

(1) __Office of the Clerk, U.S.D.C. (E.D. Cal.), 2500 Tulare St., Ste. 1501, Fresno, CA 93721.__  (2) _____

(3) _____ (4) _____

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this __10th__ day of __February__, 20__20__, at California State Prison, Corcoran.

__Terrence L. Davis__
__Terrence L. Davis__
In Pro Per