UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE L. DAVIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KINGS COUNTY BOARD OF SUPERVISORS, et al.,<br><br>　　　　　Defendants. | No. 1:18-cv-01667-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 25) |

　　　　Plaintiff Terrence L. Davis is a state prisoner[1] proceeding pro se and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On March 31, 2020, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed with prejudice due to plaintiff's failure to state a claim upon which relief may be granted. (Doc. No. 25 at 11.)  The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days after service.  (*Id.*)  No objections have been filed, and the time in which to do so has passed.

---

[1] Plaintiff has alleged that he was a pretrial detainee at the time of the incidents alleged in the complaint.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on March 31, 2020 (Doc. No. 25) are adopted in full;
2. This action is dismissed, with prejudice, based on plaintiff's failure to state a claim on which relief may be granted; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **May 18, 2020**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

2